UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE RED,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>QUINCY HECK, et al.,<br><br>　　　　　　Defendants. | Case No. 16-cv-00201-JD<br><br>**ORDER OF TRANSFER** |

　　This is a civil rights case brought pro se by a state prisoner.  Plaintiff states that doctors at United States Prison Lompoc failed to properly treat him in 1995.  United States Prison Lompoc is located in within the venue of the United States District Court for the Central District of California.  Venue, therefore, properly lies in that district and not in this one.  *See* 28 U.S.C. § 1391(b).  While this case may be time barred and plaintiff also filed an earlier case in the Central District with many of the same defendants, *Red v. Heck*, Case No. 96-cv-3325-WDK-RZ, those determinations will be made in the Central District.

　　This case is **TRANSFERRED** to the United States District Court for the Central District of California.  See 28 U.S.C. § 1406(a).  In view of the transfer, the Court will not rule upon plaintiff's request for leave to proceed in forma pauperis,

　　**IT IS SO ORDERED.**

Dated: January 26, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES DONATO
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GEORGE RED,

        Plaintiff,

    v.

QUINCY HECK, et al.,

        Defendants.

Case No.  16-cv-00201-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 26, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

George Red ID: T-55342  
San Quentin State Prison  
San Quentin, CA 94974

Dated: January 26, 2016

Susan Y. Soong  
Clerk, United States District Court

By: *Lisa R. Clark*  
LISA R. CLARK, Deputy Clerk to the  
Honorable JAMES DONATO